IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARKEL L. BASS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3626

Opinion filed October 2, 2015.

An appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

Markel L. Bass, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.